UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MATTHEW CALEB SAWYER** | **CIVIL ACTION NO. 22-0602** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CHRIS STINSON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 22] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 24] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that—with the exception of Plaintiff Matthew Caleb Sawyer's claims of lack of medical care against Major Tommy Famers and Medical Director Jane Doe in their individual capacities arising out of his requests for medical care on February 7 and 9, 2022—Plaintiff's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 2nd day of August 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE