## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

**MATTHEW CALEB SAWYER**                        **CIV. ACTION NO. 3:22-00602 SEC. P**

**VERSUS**                                                      **JUDGE TERRY A. DOUGHTY**

**CHRIS STINSON, ET AL.**                           **MAG. JUDGE KAYLA D. MCCLUSKY**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 89] having been considered, together with the written objection [Doc. No. 92] filed by Plaintiff Matthew Caleb Sawyer ("Sawyer"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted [Doc. No. 78] filed by Defendant Debbie (a/k/a Deborah) Ash, is **GRANTED**, and that Sawyer's claims against said Defendant only are hereby **DISMISSED with prejudice**. FED. R. CIV. P. 12(b)(6).

**MONROE, LOUISIANA**, this 20ᵗʰ day of November 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE