## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **MATTHEW CALEB SAWYER** | **CIVIL ACTION NO. 22-0602** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CHRIS STINSON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 97] having been considered, together with the Objection [Doc. No. 100] filed by Plaintiff Matthew Caleb Sawyer ("Sawyer"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Sawyer's claims against Defendant Beverly Solis are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m). This proceeding is closed.

MONROE, LOUISIANA, this 28th day of March 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**